# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

157437

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TINA PARKMAN,
        Plaintiff-Appellant,

v

                                   SC:  157437
                                   COA:  335240
ENTERPRISE LEASING COMPANY OF       Wayne CC:  14-013632-NF
DETROIT, LLC and DAVID GLENN, SR.,
        Defendants,

and

CITY OF DETROIT,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 28, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk

p0920